# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 28, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:  Donald C. Kupperstein
            v. Irene Schall, Personal Representative of the Probate Estate of
            Fred Kuhn, et al.
            No. 20-1812
            (Your No. 20-1472)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 24, 2021 and placed on the docket June 28, 2021 as No. 20-1812.

                                  Sincerely,

                                  **Scott S. Harris**, Clerk

                                  by

                                  Lisa Nesbitt
                                  Case Analyst